# United States Court of Appeals
## For the First Circuit

No. 16-1756

CONGREGATION JESHUAT ISRAEL

Plaintiff - Appellee

v.

CONGREGATION SHEARITH ISRAEL

Defendant - Appellant

**APPELLEE'S BRIEFING NOTICE**

Issued: October 11, 2016

Appellee's brief must be filed by **November 7, 2016**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **February, 2017** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a brief in compliance with the federal and local rules will result in the issuance of an order directing the party to file a conforming brief and could result in the appellee not being heard at oral argument. See 1st Cir. R. 3 and 45.**

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Maggie Henry - (617) 748-9885


cc:
Rachel Busick
John F. Farraher Jr.
Krystle Guillory Tadesse
Tobias Jacoby
Gary Naftalis
Eric C. Rassbach
Nancy Lauren Savitt
Daniel P. Schumeister
Deming E. Sherman
Adam J. Sholes
Steven Earle Snow
Louis Mark Solomon
Colin A. Underwood
Diana Verm
Jonathan Mark Wagner
Chrisanne E. Wyrzykowski